**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES WATERKEEPER, a California non-profit corporation,

Plaintiff,

v.

J.M.I. STEEL, INC., a California corporation,

Defendant.

Case No. 2:25-cv-01145-MWC (RAOx)

**ORDER VACATING CASE DEADLINES PENDING PROPOSED CONSENT DECREE REVIEW (DKT. 27)**

(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)

On April 17, 2026, the parties filed a notice of settlement and joint stipulation to file a proposed consent decree no later than May 29, 2026.  Dkt. # 27.

Good cause appearing, and the parties having stipulated and agreed, the Court hereby **VACATES** any and all existing deadlines and obligations in this case. Plaintiff Los Angeles Waterkeeper and Defendant J.M.I. Steel, Inc., are hereby **ORDERED** to file a joint request for the Court to enter the proposed Consent Decree no later than **May 29, 2026**.

The Court sets an Order to Show Cause re Dismissal for **June 5, 2026**, at 1:30 p.m.  If the parties file the consent decree by May 29, 2026, the matter will be taken off calendar, and no appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated: April 20, 2026

_____
Hon. Michelle Williams Court
United States District Judge

ORDER VACATING CASE DEADLINES PENDING CONSENT DECREE REVIEW
2